[No. 40256-4-II.   Division Two.   August 16, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK J.E. DOCKERY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-1-00223-4, F. Mark McCauley, J., entered January 25, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Johanson, J.

[No. 40290-4-II.   Division Two.   August 16, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LIZZIE ELLEN JABBOUR, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-02353-4, John F. Nichols, J., entered January 5, 2010. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Armstrong, J., concurred in by Van Deren and Johanson, JJ.

[No. 40315-3-II.   Division Two.   August 16, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER RODRIGUEZ-GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-1-01074-6, James J. Stonier, J., entered January 28, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren and Johanson, JJ.

[No. 40812-1-II.   Division Two.   August 16, 2011.]

CHAD A. NIEMELA, *Appellant*, v. THE STATE FOREST BOARD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 09-2-00023-8, Michael J. Sullivan, J., entered May 3, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren and Johanson, JJ.